# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143959 & (22)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTONIO TERRENCE COLEMAN,
        Defendant-Appellant.

SC:  143959
COA:  300462
Wayne CC:  05-001898-FC

_____/

On order of the Court, the application for leave to appeal the August 30, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

*Corbin R. Davis*

Clerk

y0319